■ In the Matter of ERIC THOMAS GERBER, for Reinstatement. [648 NYS2d 391] —Order entered terminating suspension

and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ. (Filed Sept. 11, 1996.)